IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                    Plaintiff,

                                                          ORDER

         v.
                                                          08-mj-019-slc

FIDEL HOLGUIN,

                                    Defendant.
_____

On April 21, 2008, this court held a detention hearing.  Defendant Fidel Holguin was present with his attorney, Tracey Wood.  The government was represented by Assistant United States Attorney David Reinhard.

After hearing arguments, I signed a release order.  Defendant waived a probable cause hearing and shall answer in the district court.  Assuming the grand jury returns a true bill, the arraignment has been set for May 15, 2008 at 10 a.m.   Defendant waived time limits for an indictment. The parties had no other matters to bring to the court's attention.

Entered this 21st day of April, 2008.

                                    BY THE COURT:


                                    /s/_____
                                    THERESA M. OWENS
                                    Magistrate Judge